NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM S. CARSON, SR.,                    )
                                           )
            Appellant,                     )
                                           )
v.                                         )          Case No. 2D17-2474
                                           )
WELLS FARGO BANK, N.A.,                    )
                                           )
            Appellee.                      )
_____)

Opinion filed April 4, 2018.

Appeal from the Circuit Court for Polk
County; Larry Helms, Judge.

William S. Carson, Sr., pro se.

Dean A. Morande and Michael K. Winston
of Carlton Fields Jorden Burt, P.A., West
Palm Beach; and Christopher W. Smart of
Carlton Fields Jorden Burt, P.A., Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and CASANUEVA and ATKINSON, JJ., Concur.